IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| STEVE ADKINS,<br>   Plaintiff, | Civil Action No. 1:08cv00023 |
| v. | **ORDER** |
| CAROLYN W. COLVIN,<br> Acting Commissioner of<br> Social Security,<br>   Defendant. | By: JAMES P. JONES<br>UNITED STATES DISTRICT JUDGE |

It appearing that no objections have been timely filed to the Report filed July 7, 2014, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly **ACCEPTED** and **APPROVED**;
2. Attorney's fees are awarded to the plaintiff under the provisions of 42 U.S.C.A. § 406(b) in the amount of $4,000.00; and
3. Plaintiff's counsel shall refund to Adkins any amount he may receive pursuant to the court's previously entered order awarding fees pursuant to the Equal Access to Justice Act, ("EAJA"), 28 U.S.C.A. § 2412(d).

ENTER: _July 29_ 2014.

United States District Judge